# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Kidco Farms Processing, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Loffredo Gardens, Inc., d/b/a | ) | |
| Loffredo Fresh Produce Co., | ) | |
| | ) | Case No. 1:14-cv-137 |
| Defendant. | ) | |

Before the court is are motions for attorneys Lance W. Lange and Samantha M. Rollins to appear *pro hac vice* on defendant's behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Lance W. Lange and Samantha M. Rollins have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket No. 4 and 5) are **GRANTED**. Attorneys Lance W. Lange and Samantha M. Rollins are admitted to practice before this court in the above-entitled action on behalf of defendant.

**IT IS SO ORDERED.**

Dated this 24th day of October, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge